NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SEBASTIAN CALABRIA AND YANESIS PASQELLA | **Hon. Dennis M. Cavanaugh** |
| Plaintiffs, | **ORDER** |
| v. | Civil Action No. 06-CV- 6256(DMC) |
| STATE OPERATED SCHOOL DISTRICT FOR CITY OF PATERSON, DENNIS CLANCY, EILEEN SHAFER, JACK PERNA, JAMES SMITH, BRENDA PATTERSON, JOHN DOES 1-4, being fictitiously named defendants Defendants. | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon motion by Sebastian Calabria ("Calabaria")and Yanesis Pasquella ("Pasquella")(collectively "Plaintiffs") for reconsideration of this Court's August 25, 2008, Opinion granting Defendants the State-Operated School District of the City of Patterson ("District"), Dennis Clancy, Eileen Shafer, Jack Perna, James Smith, Brenda Patterson, and John Does 1-4's (collectively "Defendants") motion for summary judgment pursuant to Fed. R. Civ. P. 56(c); and after reviewing all submissions; and for the reasons stated in its Opinion issued on this day;

IT IS on this ___/___ day of May, 2009;

**ORDERED** that Plaintiffs' motion for reconsideration is denied.

_____
Dennis M. Cavanaugh, U.S.D.J.

Original:  Clerk
cc:  All Counsel of Record
     Hon. Mark Falk, U.S.M.J.
     File